IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-086 |
| | ) | |
| WARDEN TOMMY BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On December 27, 2024, the Court granted Plaintiff permission to proceed *in forma pauperis* ("IFP") conditioned upon his return of both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form. (See doc. no. 4.) On January 27, 2025, Plaintiff timely responded to the Court's December 27th Order and noted he "did not receive a Consent to Collection of Fees [form or] Trust Account form from the Court so [he] submitted what we have close to it at the prison." (Doc. no. 5, p. 1.) With this notice, Plaintiff enclosed a standard request to proceed IFP form that included an "authorization for withdrawal from inmate account" and a certified copy of his inmate account statement. (Doc. nos. 5, 6.) Based on a review of the docket and Plaintiff's notice, it appears the Clerk of Court inadvertently failed to enclose the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form with Plaintiff's service copy of the Court's December 27th Order.

Although the Court appreciates Plaintiff's attempt to comply with the December 27th Order by submitting rough approximations of the forms the Court requires, Plaintiff cannot

proceed IFP unless he submits the requisite Trust Fund Account Statement and Consent to Collection of Fees form.  <u>Wilson v. Sargent</u>, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915).  The Court **DIRECTS** the **CLERK** to enclose with Plaintiff's service copy of this Order a copy of the December 27th Order, the Prisoner Trust Fund Account Statement form, and the Consent to Collection of Fees form.  The Court further **EXTENDS** the deadline for Plaintiff to comply with the Court's December 27th Order.  The forms must be completed and returned to the Court no later than February 28, 2025.  Failure to do so may result in dismissal of this case.

SO ORDERED this 29th day of January, 2025, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA